# United States Bankruptcy Court
## Eastern District of Michigan

In re **Lance Alden Davis**  
Debtor(s)

Case No. **15-45016-pjs**  
Chapter **13**

## AMENDED PAYMENT ORDER

The above-named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon stipulation between the Chapter 13 Trustee and the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **SOS Security LLC** ("Payor"), at **1915 Route 46 East, Parsippany, NJ 07054** immediately forward and make payable to:

**David Wm. Ruskin**  
**Chapter 13 Trustee**  
**1593 Reliable Parkway**  
**Chicago, Illinois 60686-0015**

**$189.23** per **Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on August 31, 2018**



/s/ Phillip J. Shefferly  
**Phillip J. Shefferly**  
**United States Bankruptcy Judge**